IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EVETTE WILLIAMS o/b/o A.B.K., Plaintiff, v. MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | CIVIL ACTION NO. 11-6557 |
|---|---|

# ORDER

AND NOW, this 11th day of January, 2013, upon careful and independent consideration of Williams' request for review (ECF 10), the parties' briefing, and for the reasons discussed in the accompanying Memorandum, it is hereby ORDERED:

(1) William's Request for Review is DENIED and his Complaint is DISMISSED with prejudice

(2) The May 28, 2009 decision of the Administrative Law Judge is AFFIRMED.

(3) The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-6557 WILLIAMS V. ASTRUE\ORDER - 1-11-13.DOCX.